UNITED STATES DISTRICT COURT NORTHERN

DISTRICT OF MISSISSIPPI

ABERDEEN DIVISION

SHEMETRIA TRIPLETT                            PLAINTIFF

1:24-CV-201-SA-RP

vs-                Case No_____ *(INDIVIDUAL CAPACITY SUIT)*

BO SWINDLE, TERRIO, AARON, RAMBO,

JERRY ROGERS, LANDON TUCKER, DETECTIVE SUITOR,

DETECTIVE OGLESBY

SHERIFF'S DEPUTY K-9 OFFICER,

CORINTH MISS. WILD LIFE RANGER,

(2) JOHN DOE STATE TROOPERS               DEFENDANT(S)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983

### PARTIES

A.     (1) PRO SE PLAINTIFF: SHEMETRIA TRIPLETT

        ADDRESS: 807 BEECHWOOD CIRCLE LOT 144., CORINTH MS. 38834

B. (1) DEFENDANT: BO SWINDLE is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 **was acting under color of State Law at all times relevant**

(2) DEFENDANT TERRIO, is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant

(3) DEFENDANT AARON is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS38834 was acting under color of State Law at all times relevant

(4) DEFENDANT RAMBO, is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant

(5) DEFENDANT LANDON TUCKER, is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant

(6) DEFEMDANT SUITOR CORINTH POLICE OFFICERS, are (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant

(7)DEFENDANT OGLESBY BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant

(8) **DEFENDANT SHERIFF'S DEPUTY K-9 OFFICER, is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant**

(9) **DEFENDANT CORINTH MISS. WILD LIFE RANGER, is (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant**

(10) **DEFENDANTS (2) JOHN DOE STATE TROOPERS are (BEING SUED IN INDIVIDUAL CAPACITY), is employed a as CORINTH CITY POLICE OFFICER at CORINTH POLICE DEPARTMENT 2837 S Harper Rd, Corinth, MS 38834 was acting under color of State Law at all times relevant**

**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT DEFENDANT LIST VIA RESULTS OF ADEQUATE DISCOVERY**

## STATEMENT OF CLAIM

My name is **Shemetria Triplett, Pro se Plaintiff,** in the instant civil action . I stay at **807 Beechwood Cir lot 144. Corinth Ms., 38834.** On **Sunday August 22nd, 2024,** me and my boyfriend (*Martez Balfour*) was sitting in the living room watching TV. We *kept seeing these 2 cars kept riding by my house real slow, they would go down the street and turn around. They did this like 3 times. The 3rd time they disappeared for like 10 minutes.* My sister car was in the driveway and my car was in front of it. I had her car because my boyfriend was working in Byhalia Ms., which *he lost his job behind this.* Then when they pulled back up after they disappeared for 10 minutes. Is when *Corinth police officer's* **Defendant Bo Swindle,** in a black Dodge Durango pulled in my front yard and **Defendant TERRIO, Defendant AARON , Defendant**

**RAMBO,** and another one **Defendant JOHN DOE**, City police trucks, the **SHERIFF OFFICER** *with the* **K9 DOG, JERRY ROGERS** in a white Buick Lacrosse, the **CHIEF LANDON TUCKER,** another sheriff truck, the **WILDLIFE RANGER JOHN DOE** and **2 STATE TROOPERS.** They came to my door hollering come out with your hands up *pointing guns at me* and my boyfriend. I said my door is unlocked, and my hands are up. They said anyone else in the house I said my boyfriend. Soon as I step out the door they *put me in handcuffs and my boyfriend too*. Stood us against my car , *I said where is the search warrant, they said we got it but never showed it to me.* They put us in the Police truck in front of my house never *read us no Rights*. They went in my house with the dog first then they went in when he came out. *They went in and tore up my house, cut all my furniture and broke the zipper on my couch pillow, tore my attic down, pulled a vent down in a room, threw my stuff from room to room. And DIDN'T FIND ANYTHING.*

*They took me to the police station and they said they can charge me with conspiracy. I said for what, they said you know what your sister is doing. I said I don't know what your talking about. He said I don't want to hear you say you don't know what I'm talking about anymore cause you do. I said I don't. She doesn't talk around me she says I talk too much. He said Oh yeah. I said yeah. They kept saying is there anything you want to tell us. I said tell you what? I said am I being arrested or what. He said idk right now. Then he walked out and came back in and said the FBI wanted to talk to you. Then he came back in and took my cuffs off and said don't get lost.* **BO SWINDLE** drove off in my sister Avalon and brought it back, back before they left me go. *They cut her seats in her car,* they tore her front finder off of a, put a dent in it. They did something to her car the reason they tried to stall letting me go. They let my boyfriend out the police truck after they backed- up in the driveway with him still in cuffs, he said why am I still in here and in cuffs this doesn't have anything to do with me I'm not from here. They ran his license and he was clean. I had to go to the hospital I couldn't sleep, wake up crying seeing them pointing them guns at us for nothing. They put me on anxiety pills[1] for my nerves at the emergency room. Then **Defendant Bo Swindle** going to

---

[1] Plaintiff reserve the right to provide all pertinent information of medication during discovery and / or other hearings as information becomes available.

tell my boyfriend sorry for tearing up y'all house and I stay in government apartments. *My neighbor's had called in on me on a Sunday wondering what was going on, why all those police were at my house. I could've gotten put out for nothing. Something that had nothing to do with me. Cause the assuming I'm holding drugs for my sister they claim they had calls saying I was but they didn't find Nothing. They harassed my niece's when they went to see their mom at the jail that Saturday on visitation, they went to go see her. Undercover cars was waiting on them to leave they took pictures of everyone tags that went to see her. And followed them from the jail all the way to 2nd Street and stopped them. Put them in handcuffs and told them to give them their phones my niece said do you have a warrant for our phone's her said we can get one.* **BO SWINDLE**. He ran their names and said that they were selling dope. And how they going to pay for their cars now there mom's locked up. *They just terrorized us.* For nothing we don't have anything to do with none of this but it's sad how we have to put up with police brutality like this. Cause they want people to do there job for them. I just want my furniture and stuff paid for since they cut all of it for nothing. That stuff still bothers me at night time with me thinking they holding gun on me. We had went to the police station to ask for a form to do a report on the police officers, they told us they don't have a form for us to feel out on the police. But you have one for people to do on other people. We should have been able to sign a complaint on the officer's that came to my house for nothing tearing up my stuff.

I be scared to talk or anything in my house. I don't know if they bugged my house. They come in with black bags we were in the police truck in front of my house the whole time. They walked the K9 around both of our cars they said the dog sat down at both cars on the same side. I don't know if they put a tracker on my car or her car. Her car is not running right know. Bow Swindle drove off in the car after they took me to the police station to question me about my sister. And they stalled me there until they got through doing whatever they did to her car. But they messed up the front bumper. They had my boyfriend in the police truck he watching all of this after the drive off with me. They left the thing you hit the door with in front of my house. I have a cousin that stays around the corner from me. I didn't

have time to call anyone, so I said maybe she will see me and them at my house and go tell somebody. I guess she went and told my dad cause he pulled up, my sister, my daughter and they were taking pictures of them and being smart with them when they were trying to see what was going on. I forgot about detective Suitor, he pulled up . Oglesby that the one that drive the Ford fusion.

After/ during search officers questioned me about my girlfriend sister and told me do I have anything to tell him, I said about what. I ask him why I was in handcuffs. Then he stated who are you, and I told him my name, as that went on the officer proceeded to go in my pocket for my wallet and gave it to another officer to run my name through there system. After that they left but kept me and 1 other officer there backed up in driveway. So I asked the officer what's going on and he stated he waiting for a call to see what's to do with me. After that waiting for the call and me asking him what's the issue, he got the call to uncuff me. So after that I went back into the house to look for my phone, in the process of looking in the house officer Bo Swindle pulled up returning my girlfriend sister car. Then he stated we sorry for messing up her house

**WITNESSES WHO WOULD TESTIFY FOR ME OR ON MY BEHALF, AND BRIEFLY WHAT THEY WOULD SAY. PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT VIA RESULTS OF ADEQUATE DISCOVERY**

| WITNESS'S NAME | WHAT THIS WITNESS WOULD SAY |
|---|---|
| 1. Martez Balfour | *He's an eyewitness to the facts stated herein. He will testify to the events herein stated as well as the additional Misconduct received by him at the hands of the Defendants while they acted **under color of State Law.*** |

**2. NAME OF ALL DOCUMENTS THAT I KNOW OF WHICH WOULD SUPPORT MY CLAIM AND A BRIEF STATEMENT OF WHAT EACH DOCUMENT EVIDENCES. PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT VIA RESULTS OF ADEQUATE DISCOVERY**

- **ER and PRESCRIPTION MEDICATION REPORTS.**
- **PHOTOGRAPHS OF DAMAGES TO PLAINTIFF' HOME and PERSONAL PROPERTY.**
- **SEARCH WARRANT as well as UNDERLYING FACTS and CIRCUMSTANCES**
- **ANY AND ALL INVESTGATIVE AND OR POLICE REPORTS**
- **ANY AND ALL OTHER DOCUMENTS ACQUIRED VIA DISCOVERY TENDING TO EVIDENCE/ CORROBORATE YHE ADVANCED CIVIL RIGHTS VIOLATIONS CITED HEREIN.**

a. **EMERGENCY DOCTOR REPORT**

b. **PICTURES OF THE DESTRUCTION DEFENDANTS CAUSED TO MY PROPERTY**

## INJURIES

**A.** I had to go to the hospital *I couldn't sleep, wake up crying seeing them pointing them guns at us for nothing.* They *put me on anxiety pills for my nerves* at the emergency room *see* **Exhibit B. (PHOTOGRAPHS OF PRESCRIBED MEDICATION)**

**B.** They destroyed my home. Tore up zippers to furniture covers. They went in and tore up my house, cut all my furniture and broke the zipper on my couch pillow, tore my attic down, pulled a vent down in a room, threw my stuff from room to room. *See* **Exhibit C.** (*Photos*)

## RELIEF

**Plaintiff seeks the amount of Seven-Hundred Thousand ( $700,000.00)**

U.S. Dollars. For Punitive Damages. *From each of the individual named Defendants whom are being sued in their individual capacity.*

## JURY DEMAND

I HUMBLY DEMAND TO HAVE MY CASE TRIED BY A JURY. Declaration: I declare under penalty of perjury that the above information is true and
Understand that a false statement may result in a dismissal of my claims.

Date
Applicant's signature

Printed name

I THE UNDERSIGNED PRO SE PLAINTIFF HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE COMPLAINT IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Signed this _____ day of _____, 20_____.

RESPECTFULLY SIBMITTED BY:

Signed this 26 day of October, 2024.

RESPECTFULLY SIBMITSHEMETRIA TRIPLETT

PLAINTIFF PRO SE.
Plaintiff Pro se
807 Beechwood Cir. Lot 144
Corinth, Ms. 38834

## CERTIFICATE OF SERVICE

This is to Certify that the undersigned Pro se Plaintiff has this Day caused to be mailed via U.S POSTAL SERVICE postage pre-paid the attached Pro se Civil Complaint pursuant to 42 USC§1942 with Exhibits and Motion For IFP together with Affidavit to the following:

**Honorable David Crews,**

**U.S. District Court, ND Mississippi**

**Federal Building Rm. 369**

**911 Jackson Avenue East**

**Oxford Ms. 38655**

Done this 26th day of Oct., 2024.

**RESPECTFULLY SIBMITTED BY:**

**SHEMETRIA TRIPLETT**

**PLAINTIFF PRO SE.**

**Plaintiff Pro se**

**807 Beechwood Cir. Lot 144**

**Corinth, Ms. 38834**

RECEIVED

NOV 01 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Ms. Shemetria Triplett**
Plaintiff Pro se
807 Beechwood Cir. Lot 144
Corinth, Ms. 38834

Date: 10/26/2024

**Honorable David Crews,**
**Clerk, U.S. District Court N.D. Miss**
**Federal Building Rm 369**
**911 Jackson Avenue East**
**Oxford Ms. 38655**

**Re: Shemetria Triplett vs. Bo Swindle, et al**

**Civil Action. No.** _____

Greetings Honorable Crews:

Please find enclosed for filing in the above reference civil action Pro se Plaintiff civil complaint together with Exhibits and attached Motion For IFP . Please acknowledge filing at the address *infra.*

Pursuant to **FRD. R. CIV. PROC. 4(c)(1)(3),** Plaintiff hereby request that your office cause the United States Marshals Service to perfect service of summons upon Named Defendants. Thank you, and Please acknowledge filing at the address infra.

RESPECTFULLY SUBMITTED BY:

Ms. Shemetria Triplett

Plaintiff Pro se

807 Beechwood Cir. Lot 144

Corinth, Ms. 38834




